UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARION TAYLOR                                             CIVIL ACTION

VERSUS                                                    NUMBER: 13-0462

N. BURL CAIN                                              SECTION: "F" (3)

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐   the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐   the motion is MOOT; the party was previously granted pauper status.

☐   the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐   the motion is DENIED as MOOT; the filing fee has already been paid.

☐   the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☒   the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: The Court finds that the appeal is not taken in good faith. See Order and Reasons dated April 9, 2020 in which the Court dismissed the applicant's Rule 60(b) motion for lack of jurisdiction.

New Orleans, Louisiana, this 14th day of ____May____, 2020.

_____
UNITED STATES DISTRICT JUDGE